IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 02-cr-00541-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. Robert Bedford

    Defendant.

---

## MINUTE ORDER

---

| | |
|---|---|
| Pursuant to the directions of Magistrate Judge Craig B. Shaffer: | March 6, 2006<br>Tracey Lee, Deputy Clerk |

The government is ORDERED to respond to the defendant's pending motion [570] and [571] motion for order for modification of conditions of release (defendant #) Robert Bedford, filed 3/4/06. A response is due by 3/20/06.