IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 02-cr-00541-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**3. ROBERT N. BEDFORD,**

    Defendant.

## MINUTE ORDER

    The following Minute Order is entered by Judge Walker D. Miller:

    Defendant's motion for permission to appear by telephone at June 13, 2006 hearing is granted.

Dated: May 23, 2006

                                        s/ Jane Trexler, Secretary/Deputy Clerk