# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE WALKER D. MILLER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: May 15, 2006 |
| Court Reporter: Janet Coppock | Time: 1.5 hours |
| Probation Officer: | Interpreter: n/a |

**CASE NO.  02-CR-00541-WDM**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Thomas O'Rourke |
| | Robert Livermore |
| Plaintiff, | |
| vs. | |
| **ROBERT BEDFORD,** | David Savitz |
| | Todd Thompson |
| Defendant. | |

## MOTIONS HEARING

**1:30 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendant appears by telephone.

Court and counsel discuss pending motions and resolution of any of those motions.

**ORDERED:**  Defendant's Motion for Order (Doc #343), filed 3/22/05 is **DENIED as MOOT.**

**ORDERED:**  Defendant's Motion for Portions of June 17, 2004 Order (Doc #587), filed 4/7/06 is **GRANTED.**  Government shall respond by **June 1, 2006.**  Any

        response by the defendant is due **June 15, 2006.**
Page Two
02-CR-000541-WDM
May 15, 2006

**ORDERED:**   Defendant's Designation of Portion of Exhibits (Doc #590), filed 4/7/06 is **GRANTED.**  Government shall respond by **June 1, 2006.**  Any response by the defendant is due **June 15, 2006.**

Defendant's Supplemental Motion for Discovery (Doc #588), filed 4/7/05.

**1:40 p.m.**     Argument by Mr. Savitz.

**1:49 p.m.**     Argument by Mr. O'Rourke.

**ORDERED:**   Defendant's Supplemental Motion for Discovery (Doc #588), filed 4/7/05 is **GRANTED in PART and DENIED in PART**, as stated on the record.

**Defendant's Motion to Exclude Evidence of Role as an Attorney and JD Degree (Doc #589), filed 4/7/05.**

**2:20 p.m.**     Argument by Ms. Savitz.

**2:28 p.m.**     Argument by Mr. O'Rourke.

**2:33 p.m.**     Rebuttal argument by Mr. Savitz.

**ORDERED:**   Defendant's Motion to Exclude Evidence of Role as an Attorney and JD Degree (Doc #589), filed 4/7/05 **DENIED.**  Counsel invited to submit proposed jury instruction on this issue.

**ORDERED:**   Court reserves ruling on Defendant's Motion in Limine to Limit The Lay Witness Testimony of Teresa Cripe (Doc #591), filed 4/7/06.

**Defendant's Motion in Limine to Exclude Mis-Characterization of Defendant's Association With Tower (Doc #592), filed 4/7/06.**

**2:37 p.m.**     Argument by Mr. Savitz.

**ORDERED:**   Defendant's Motion in Limine to Exclude Mis-Characterization of Defendant's Association With Tower (Doc #592), filed 4/7/06 is **DENIED WITHOUT PREJUDICE.**

Defendant's Motion in Limine to Limit Testimony Concerning Thornburgh and Carroll Tax Returns (Doc #593),filed 4/7/06.

Page Three
02-CR-000541-WDM
May 15, 2006

**2:45 p.m.**     Argument by Mr. Savitz.

**2:55 p.m.**     Argument by Mr. O'Rourke.

**ORDERED:**   Defendant's Motion in Limine to Limit Testimony Concerning Thornburgh and Carroll Tax Returns (Doc #593),filed 4/7/06 is **DENIED WITHOUT PREJUDICE.**

**ORDERED:**   Bond continued.

**3:12 p.m.**     **COURT IN RECESS**

**Total in court time:**     102 minutes

**Hearing concluded**