IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No.  02-cr-00541-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**3.  ROBERT N. BEDFORD,**

    Defendant.

## MINUTE ORDER

    The following Minute Order is entered by Judge Walker D. Miller:

    The motions to quash (docs. 718 & 719) are denied as moot given defense counsel's statements.

Dated: January 4, 2007

                                              s/ Jane Trexler, Secretary/Deputy Clerk