IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No.  02-cr-00541-WDM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

**3.  ROBERT N. BEDFORD,**

     Defendant.

---

## MINUTE ORDER

---

The following Minute Order is entered by Judge Walker D. Miller:

The request for change of BOP recommendation is moot.

Dated: September 5, 2007

                        s/ Jane Trexler, Secretary/Deputy Clerk