**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-02117-WDM
Criminal Action No. 02-cr-00541-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT N. BEDFORD,

    Defendant/Movant.

---

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

---

Miller, Senior Judge

    Movant has filed a notice of appeal from this court's final order denying his motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct his sentence. I have reviewed the file and find that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Movant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

    ORDERED that a certificate of appealability will not be issued.

    DATED at Denver, Colorado this 1st day of April, 2010.

                            BY THE COURT:

                            _____
                            SENIOR JUDGE, UNITED STATES DISTRICT
                            COURT FOR THE DISTRICT OF COLORADO